## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE FOR ADMINISTRATION OF THE ESTATE

Describe tasks performed and results achieved. Major tasks should be summarized in paragraph form.

Review Petition, Schedules, Statement of Affairs and related documents.

Examine Debtor at first meeting of creditors.

Employ attorney and other professionals.

Open bank accounts and maintain same.

Pay attorneys and other professionals.

Investigate financial affairs, books and records, and assets of Debtor, including unscheduled tax refunds (recovered for the estate)

Determine tax filing requirements and taxes due, if any
(including review of capital gains tax issues)

Review claims, object as needed, and negotiate reductions
in claims as appropriate.

Prepare interim and final reports, and meet with the U.S. Trustee regarding same.

Litigate avoidance action and avoid payment on preferential lien, obtain judgment, obtain further judgment transferring ownership of preference defendant's interest in real estate, obtain further judgment against preference defendant's joint owner allowing sale of jointly owned real estate.

Negotiate compromise re Real Estate
Proceed with adversary settlement re payment of funds

Make final distribution.

The cost of litigation against Debtor (to obtain information and then tax refunds), investigation of financial transactions, and litigation against preference defendant made this case administratively insolvent. For further details, please review the narrative in the Attorney Application.