UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ADAMS, ANTOINETTA M | ) | CASE NO. 04 B 42114 |
| | ) | |
| DEBTOR. | ) | JUDGE JACQUELINE P. COX |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Andrew J. Maxwell**
      **Registrant's e-mail: maxwelllawchicago@yahoo.com**

**Please Take Notice** that on October 16, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                WILLIAM T. NEARY
                                UNITED STATES TRUSTEE

DATED:  October 16, 2007         BY:   /s/ Dean C. Harvalis
                                Dean C. Harvalis, Assistant U.S. Trustee
                                OFFICE OF THE U.S. TRUSTEE
                                227 WEST MONROE, SUITE 3350
                                CHICAGO, ILLINOIS  60606
                                (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Assistant U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on October 16, 2007.

                                /s/ Dean C. Harvalis