IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| ADAMS, ANTOINETTA M | ) | CASE NO. 04-42114-JPC |
| | ) | |
| Debtor(s) | ) | Hon. JACQUELINE P. COX |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At: U.S. Bankruptcy Court
   219 South Dearborn Street, Courtroom 619
   Chicago, IL 60604
   On: **November 27, 2007**         Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                         $37,351.76
   Disbursements                                       $155.89
   Net Cash Available for Distribution              $37,195.87

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $4,485.18 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $36,106.50 | $679.32 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $21,708.31 have been allowed. After the *pro rata* payment of administrative claims there will be no funds available for distribution to general unsecured claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SALLIE MAE TRUST | $1,988.27 | $0.00 |
| 2 | NELNET | $4,031.11 | $0.00 |
| 5 | CROSS COUNTRY BANK | $7,064.59 | $0.00 |
| 6 | AT&T/CINGULAR WIRELESS | $548.34 | $0.00 |
| 7 | MCKEY & POGUE CONDO ASSEMENTS | $8,076.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| SEC DEP | $1,600.00 |
| JEWELRY | $1,000.00 |
| OFF EQUIP | $800.00 |
| RESIDENCE | $210,000.00 |
| REAL ESTATE | $125,000.00 |

Dated: **October 24, 2007**             For the Court:
                                         By:  **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the U.S. Bankruptcy Court
                                              219 S. Dearborn Street; 7th Floor
                                              Chicago, IL 60604

Trustee:     Andrew J. Maxwell
Address:     105 W. Adams
             Suite 3200
             Chicago, IL  60603        (312) 368-1138

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-42114   Doc 52   Filed 10/24/07   Entered 10/27/07 00:03:42   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2            Date Rcvd: Oct 24, 2007
Case: 04-42114                Form ID: pdf002           Total Served: 57


The following entities were served by first class mail on Oct 26, 2007.
db           +Antoinetta M Adams,    8156 South May,    Chicago, IL 60620-3006
aty          +Jaclyn H. Smith,    Maxwell & Potts LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Roger E. Best,    Best & Associates PC,    1505 East 53rd Street,    Suite 200,
               Chicago, IL 60615-4509
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
8680577       ADT,    PO BOX 371490,    Pittsburgh, PA 15250-7490
8680578       AFNI,    P O Box 3097,    Bloomington, IL 61702-3097
8680580       AT & T,    PO Box 8212,    Aurora, IL 60572-8212
8680581       AT&T Wireless,    PO Box 8220,    Aurora, IL 60572-8220
9712657      +AT&T/Cingular Wireless,    P O Box 740933,    Dallas, TX 75374-0933
9712672      +AT&T/Cingular Wireless,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
8680579      +American Family Insurance,    PO Box 7430,    Madison, WI 53777-0001
8680585      +CCS,    Payment Processing Center,    PO Box 709,    Needham, MA 02494-0005
8680582       Capital One,    PO Box 60000,    Seattle, WA 98190-6000
8680583      +Capital One,    Bankruptcy Services,    1957 Westmoreland Road,    Richmond, VA 23276-0001
8680584      +Capital One,    11013 W. Broad,    Glen Allen, VA 23060-5937
8680586       Chrysler Financial,    Payment Processing Center,    PO Box 3208,    Milwaukee, WI 53201-3208
8680587      +Chrysler Financial,    PO Box 9223,    Farmington, MI 48333-9223
8680588      +Credit Collection Service,    2 Wells Avenue,    Newton Center, MA 02459-3246
8680591       Cross Country Bank,    PO Box 310730,    Boca Raton, FL 33431-0730
8680590       Cross Country Bank,    PO Box 10001,    Huntington, WV 25770-0001
8680589       Cross Country Bank,    PO Box 17120,    Wilmington DE 19850-7120
8680593      +Dell Financial Services,    1 dell Way,    Round Rock, TX 78682-7000
8680592       Dell Financial Services,    Payment Processing Center,    P O Box 4125,
               Carol Stream, IL 60197-4125
8680594      +Equinox,    PO Box 455,    Park Ridge, IL 60068-0455
8680595      +Fcnb Master Trust/Services,    C/C FNBO 1620 Dodge St,    omaha, NE 68197-0003
8680596       First Consumers National Bank,    P O Box 3910,    Portland, OR 97208-3910
8680597      +First National Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
8680598       First National Bank of Marin,    PO Box 80015,    Los Angeles, CA 90080-0015
8680599      +First Premier Bank,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0337
8680601       Household Bank,    Bankcard Services,    PO Box 17051,    Baltimore, MD 21297-1051
8680602      +LTD Financial Services,    7322 Southwest Freeway #1600,    Houston, TX 77074-2053
9744554      +McKey & Pogue Condo Assements,    c/o Willis E Brown Ltd,    120 W Madison St. #825,
               Chicago, IL 60602-4381
8680603      +McKey & Pogue Condo Assessments,    1348 E 55th St,    Chicago, IL 60615-5381
8680605      +NCO Financial Systems,    P.O. Box 41417,    Philadelphia, PA 19101-1417
8680604      +National City,    P O Box 1820,    Dayton, OH 45401-1820
9485690      +National City Mortgage,    3232 Newmark Drive,    Miamisburg OH 45342-5433
9474469      +Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
8680609       Ocwen Federal,    Box 514577,    Los Angeles, CA 90051-4577
8680608      +Ocwen Federal,    12650 Ingenuity Dr.,    Orlando, FL 32826-2717
8680610      +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
8680611       Professional Account Management LLC,    Collection Services Division,    PO Box 391,
               Milwaukee, WI 53201-0391
8680615       Providian,    PO Box 1470,    Redding, CA 96099
8680613      +Providian,    PO Box 9007,    Pleasanton, CA 94566-9007
8680614       Providian,    PO Box 9016,    Pleasanton, CA 94566-9016
8680612      +Providian,    PO Box 660565,    Dallas, TX 75266-0565
8680616       Providian Bankcorp,    PO box 1470,    Redding, CA 96099
8680617       Sallie Mae Student Loans,    PO Box 9500,    Wilkes Barre, PA 18773-9500
9437292      +Sallie Mae Trust,    c/o Sallie Mae Inc,    220 Lasley Avenue,
               Wilkes-Barre, Pennsylvania 18706-1496
8680618       Sprint,    PO Box 219554,    Kansas City, MO 64121-9554
8680619      +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
8680620      +University of Chicago Hospitals,    P O Box 70565,    Chicago, IL 60673-0001
8680621       University of Phoenix,    3157 East Elmwood,    Saint Louis, MO 63123
8680623       VAN RU CREDIT CORPORATION,    165 BISHOPS WAY, SUITE 129,    BROOKFIELD, WI 53005-6215
8680622       Van Ru Credit Corporation,    8550 Ulmerton Road,    Suite 225,    Largo, FL 33771-5351
8680624      +Wowan to Woman Health Care,    1515 East 52nd St,    Chicago, IL 60615-4109
8680606       nelnet Student Loan A,    PO Box 2970,    Omaha, NE 68103-2970
8680607       nelnet Student Loan B & C,    PO Box 2970,    Omaha, NE 68103-2970

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8680600*     +First Premier Bank,    900 Delaware, Suite 7,    Sioux Falls, SD 57104-0337
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 04-42114                 Form ID: pdf002          Total Served: 57

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**    _Joseph Speetjens_